UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00225-WYD
UNITED STATES OF AMERICA,

      Plaintiff,

v.

5.  PEDRO SANTIZO-ESCALANTE

      Defendants.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Defendant Pedro Santizo-Escalante's Consented Motion to Refer Case to Magistrate Judge for Entry of Plea and Immediate Sentencing, filed August 1, 2006 (docket #47) is hereby **GRANTED**.  The matter is referred to Judge Boland for entry of plea and immediate sentencing.

      Dated:  August 1, 2006